WRIGHT, FINLAY & ZAK, LLP
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendant, Arvest Central Mortgage Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ZEMETU B LIWATEH,<br><br>Plaintiff,<br><br>vs.<br><br>ARVEST CENTRAL MORTGAGE CO., AND EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:19-cv-00906-JAD-CWH<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff, Zemetu B Liwateh ("Plaintiff"), and Defendant, Arvest Central Mortgage Company ("ACMC") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On May 28, 2019, Plaintiff filed his Complaint [ECF No. 1]. ACMC was served with Plaintiff's Complaint on June 3, 2019. As such, ACMC's deadline to respond to the Complaint is June 24, 2019. The Parties have discussed extending the deadline for ACMC to respond to Plaintiff's Complaint by three weeks while the Parties explore the potential for settlement.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for ACMC to file its responsive pleading to Plaintiff's Complaint to July 15, 2019.

/././
/././
/././
/././

This is the first stipulation for extension of time for ACMC to file its responsive pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

DATED this 21st day of June, 2019.
WRIGHT, FINLAY & ZAK, LLP

/s/ Ramir M. Hernandez, Esq.
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendant, Arvest Central Mortgage Company*

DATED this 21st day of June, 2019.
KNEPPER & CLARK LLC

/s/ Matthew I. Knepper, Esq.
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
*Attorneys for Plaintiff, Zemetu B Liwateh*

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE
DATED: June 26, 2019