JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: jthompson@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ZEMETU B. LIWATEH,<br><br>    Plaintiff,<br><br>vs.<br><br>ARVEST CENTRAL MORTGAGE COMPANY AND EQUIFAX INFORMATION SERVICES LLC,<br><br>    Defendants. | Case No. 2:19-cv-00906-JAD-CWH<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from June 21, 2019 through and including **July 12, 2019**.  The parties are engaging in early settlement negotiations, and they need additional time to determine if the case can be resolved short of litigation.  The request was made by Equifax, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

. . .

| | |
|---|---|
| 1 | Respectfully submitted, this 21st day of June, 2019. |
| 2 | |
| 3 | CLARK HILL PLLC |
| 4 | By: /s/ Jeremy J. Thompson<br>Jeremy J. Thompson<br>Nevada Bar No. 12503 |
| 5 | 3800 Howard Hughes Pkwy, Suite 500<br>Las Vegas, NV 89169 |
| 6 | Tel: (702) 862-8300 |
| 7 | Fax: (702) 862-8400<br>Email: jthompson@clarkhill.com |
| 8 | |
| 9 | *Attorney for Defendant Equifax Information Services LLC* |
| 10 | |

IT IS SO ORDERED.

DATED: Jun 26, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGITRATE JUDGE

***No opposition***

/s/*Matthew I. Knepper*
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd., Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: _____

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 21st day of June, 2019, via CM/ECF, upon all counsel of record:

David H. Krieger, Esq.
Haines & Krieger, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
dkrieger@hainesandkrieger.com


Matthew I. Knepper, Esq.
Miles N. Clark
Shaina R. Plaksin
Knepper & Clark LLC
5510 So. Fort Apache Rd., Suite 30
Las Vegas, NV 89148
matthew.knepper@knepperclark.com
miles.clark@knepperclark.com
shaina.plaksin@knepperclark.com

                    By: /s/ Jeremy J. Thompson
                    Jeremy J. Thompson
                    Nevada Bar No. 12503
                    3800 Howard Hughes Pkwy, Suite 500
                    Las Vegas, NV 89169
                    Tel: (702) 862-8300
                    Fax: (702) 862-8400
                    Email: jthompson@clarkhill.com