WRIGHT, FINLAY & ZAK, LLP
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendant, Arvest Central Mortgage Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ZEMETU B LIWATEH,<br><br>Plaintiff,<br><br>vs.<br><br>ARVEST CENTRAL MORTGAGE CO., AND EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:19-cv-00906-JAD-CWH<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff, Zemetu B Liwateh ("Plaintiff"), and Defendant, Arvest Central Mortgage Company ("ACMC") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On May 28, 2019, Plaintiff filed his Complaint [ECF No. 1]. ACMC was served with Plaintiff's Complaint on June 3, 2019. ACMC's original deadline to respond to the Complaint was June 24, 2019. The parties then stipulated to extend ACMC deadline to respond to July 15, 2019. The Parties have again discussed extending the deadline for ACMC to respond to Plaintiff's Complaint an additional two weeks while the Parties continue to explore the potential for settlement.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for ACMC to file its responsive pleading to Plaintiff's Complaint to July 29, 2019.

This is the second stipulation for extension of time for ACMC to file its responsive

pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

DATED this 15th day of July, 2019.
WRIGHT, FINLAY & ZAK, LLP

*/s/ Ramir M. Hernandez, Esq.*
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendants, Arvest Central Mortgage Company*

DATED this 15th day of July, 2019.
KNEPPER & CLARK LLC

*/s/ Matthew I. Knepper, Esq.*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
*Attorneys for Plaintiff, Zemetu B Liwateh*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 18, 2019